UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-03345-RGK-SSC                    Date: February 20, 2026

Title      Ma Jingyi v. Todd M. Lyons, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                              n/a
Deputy Clerk                        Court Reporter / Recorder

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:
None Present                                None Present

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why the Action Should Not be Dismissed or Transferred**

The Court has received Petitioner's Reply In Support of Petition For Writ of Habeas Corpus and Opposition To Respondents' Motion to Dismiss Case (ECF 10), which identifies Petitioner as Jingyi Ma, A-Number 216-010-617.  This name and A-Number do not match the name (Ma Jingyi) and A-Number (202-197-084) on the petition and in the case caption.  The Court notes that Jingyi Ma, A-Number 216-010-617, is listed currently as detained outside of this district at California City Corrections Center rather than Adelanto Detention Facility as the petition alleges.  *See Online Detainee Locator System*, https://locator.ice.gov/odls/#/search (last visited February 19, 2026) (searching A-Number "216010617" and Country of Birth "China, Peoples Republic of").  Nothing in the petition (ECF 1) states when Petitioner was detained, nor is there anything in the record explaining whether Petitioner has been transferred.  Petitioner is ORDERED TO SHOW CAUSE why this case should not be dismissed or transferred to

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-03345-RGK-SSC                    Date: February 20, 2026

Title        Ma Jingyi v. Todd M. Lyons, et al.

the Eastern District of California.  Petitioner shall respond in writing by **February 27, 2026.**  If Petitioner files an amended petition by the deadline, the Order to Show Cause will be discharged automatically.

**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| Initials of Preparer | **ts** |